944

No. 957. SOBLEN *v.* UNITED STATES. The motion of Dr. Bernard Diamond et al. for leave to file brief, as *amici curiae,* is granted. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is denied. MR. JUSTICE WHITE took no part in the consideration or decision of this motion and petition. *Ephraim London* and *Leonard B. Boudin* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States. *William E. Haudek* for Dr. Bernard Diamond et al. *Norman Dorsen* and *Melvin L. Wulf* for the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 962. Poss *v.* LIEBERMAN. The motion to dispense with printing the petition for certiorari is granted. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondent.

No. 1022. BOARD OF EDUCATION OF THE CITY OF MEMPHIS ET AL. *v.* NORTHCROSS ET AL. The motion of Memphis Citizens' Council for leave to file brief, as *amicus curiae,* is granted. The petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit is denied. *Larry B. Creson* for petitioners. *Marvin Brooks Norfleet* for Memphis Citizens' Council.

No. 927, Misc. JACKSON *v.* COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.